THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DAN SAFRA,<br><br>   Plaintiff,<br><br>vs.<br><br>HOLLAND AMERICA LINE, INC., a Washington Corporation, HOLLAND AMERICA LINE N.V., a Curacao Corporation, and HAL ANTILLEN N.V. a Curacao Corporation.<br><br>   Defendants. | IN ADMIRALTY<br><br>CASE NO.: 2:17-cv-01330-JCC<br><br>**DEFENDANTS' ANSWER TO AMENDED COMPLAINT** |

COMES NOW Defendants Holland America Line, Inc., Holland America Line N.V and HAL Antillen, N.V. (hereinafter "Defendants") hereby responds to Plaintiff's Amended Complaint and admits, denies, and alleges as follows:

## **JURISDICTION**

1. Answering Paragraph 1 of Plaintiff's Amended complaint, page 1, lines 21-26[1] Defendants admit that Plaintiff purports to assert the claims described in paragraph 1. Defendants admit that Plaintiff has asserted diversity jurisdiction and that upon information and belief Plaintiff and Defendants are citizens of different states or countries. Except as admitted,

---

[1] In answering Plaintiff's Amended Complaint, ECF Docket No. 4, Defendants reference the ECF numbering at the top of each page. Because Plaintiff's paragraphs are not numbered, Defendant refers to the Paragraphs as paragraph 1, paragraph 2 and so forth as they appear consecutively under each corresponding header on each individual page of the First Amended Complaint.

ANSWER TO AMENDED COMPLAINT  Page **1** of **7**  **MALTZMAN & PARTNERS**
2:17-cv-01330-JCC  jeffreym@maltzmanpartners.com
679 Encinitas Blvd. Ste. 201
Encinitas, CA 92024
(760)942-9880

Defendants are without sufficient knowledge and/or information to admit or deny said Paragraph, and therefore, denies each and every allegation contained therein.

**VENUE**

2.	Answering the Paragraph of Plaintiff's Amended complaint under "Venue", on page 2, lines 2-4, Defendants admit venue is proper before this court. Except as specifically admitted denied as phrased.

**PARTIES**

3.	Answering Paragraph 1 of Plaintiff's amended complaint on page 2, lines 7-8 under "Parties", Defendants lack information or belief to admit or deny the allegations contained therein, and therefore deny same.

4.	Answering Paragraph 2 of Plaintiff's amended complaint on page 2, lines 9-13 under "Parties", Defendant admits that Holland America Line Inc. is a Washington corporation with its principal place of business in Seattle Washington and that Holland American Line, Inc., was the operator of the vessel. Except as expressly admitted, Defendants specifically deny Plaintiff has correctly asserted the accurate roles of each and every Defendant as regards to this claim.

5.	Answering Paragraph 3 of Plaintiff's amended complaint on page 2, lines 14-16 under "Parties", Defendants admit.

6.	Answering Paragraph 4 of Plaintiff's amended complaint on page 2, lines 17-18 under "Parties", Defendants admit.

**FACTUAL BACKGROUND**

7.	Answering Paragraph 1 of Plaintiff's Amended complaint on page 2, lines 21-24 under "Factual Background", defendants admit that Plaintiff purchased a 7-day cruise to Alaska aboard the MS ZAADAM and that the cruise would depart from port in Seward, Alaska on September 4, 2016 and visit Glacier Bay, Juneau, and Ketchikan before arriving in Vancouver, British Columbia on September 11, 2016. Except as expressly admitted, Defendants lack

ANSWER TO AMENDED COMPLAINT　　　Page **2** of **7**　　　**MALTZMAN & PARTNERS**
2:17-cv-01330-JCC
jeffreym@maltzmanpartners.com
edn@maltzmanpartners.com
679 Encinitas Blvd. Ste. 201
Encinitas, CA 92024
(760)942-9880

information or belief to admit or deny the allegations contained therein, and therefore deny same.

8. Answering Paragraphs 2-6, lines 1-25 on page 3, of Plaintiff's Amended complaint under "Factual Background Defendants lack information or belief to admit or deny the allegations contained therein, and therefore Defendants deny the allegations contained therein.

9. Answering Paragraphs 7-11, lines 1-22 on page 4, of plaintiff's Amended complaint under "Factual Background", Defendants deny each and every allegation contained therein.

10. Answering Paragraph 12(a)-(b), lines 23-26 on page 4, and line 1 on page 5, of Plaintiff's Amended complaint under "Factual Background", Defendants deny each and every allegation contained therein.

11. Answering Paragraph 13, lines 2-3 on page 5, of Plaintiff's Amended complaint under "Factual Background", Defendants deny each and every allegation contained therein.

## CAUSE OF ACTION

### Negligence

12. Answering Paragraph 1, lines 7-8 on page 5 of Plaintiff's amended complaint under "Cause of Action, Negligence", Defendant admits that Plaintiff realleges each allegation set forth in the preceding paragraphs.

13. Answering all remaining Paragraphs of Plaintiff's amended complaint under "Cause of Action, Negligence", on pages 5-7, including sub-parts, Defendants deny each and every allegation contained therein.

## JURY DEMAND

14. Answering Paragraph 1 of Plaintiff's amended complaint under "Jury demand", Defendant admits that plaintiff requests a jury trial.

## PRAYER FOR RELIEF

11. Answering Paragraphs 1(a)-(c) on lines, 17-25 on page 7 and (d)(e), lines 1-2 on page 8 of Plaintiff's Amended complaint, under "Prayer for Relief", Defendants deny each and

ANSWER TO AMENDED COMPLAINT
2:17-cv-01330-JCC

Page **3** of **7**

**MALTZMAN & PARTNERS**
jeffreym@maltzmanpartners.com
edn@maltzmanpartners.com
679 Encinitas Blvd. Ste. 201
Encinitas, CA 92024
(760)942-9880

every allocation contained therein. Furthermore, Defendant denies that Plaintiff is entitled to any relief against these defendants.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Defendants assert that the Plaintiff's claims are governed by general maritime law and that any recovery is limited by same.

### SECOND AFFIRMATIVE DEFENSE

Defendant asserts that the Plaintiff's negligence or decisions were the sole, proximate cause of his alleged or injuries, if any, which the Defendant specifically denies

### THIRD AFFIRMATIVE DEFENSE

Defendant asserts that the incident and injuries alleged by the Plaintiff, if any, were the result of superseding, intervening, and/or unforeseeable causes from which the Defendant had no duty to protect Plaintiff.

### FOURTH AFFIRMATIVE DEFENSE

Defendants assert that the Plaintiff failed to act timely and reasonably and/or failed to exercise due care in order to minimize or mitigate her damages.

### FIFTH AFFIRMATIVE DEFENSE

Defendants assert that the damages allegedly suffered by the Plaintiff were not the result of any act or omission on the part of the Defendants, but were caused by Plaintiff's pre-existing injuries and/or other trauma or illness suffered by the Plaintiff during her lifetime. To the extent that the Defendants are liable for aggravating any pre-existing injury, illness or condition, which the Defendants specifically deny, Plaintiff's damages should only be for an amount commensurate with the degree that Plaintiff's pre-existing injury, illness or condition was aggravated by the conduct or omission of the Defendants.

### SIXTH AFFIRMATIVE DEFENSE

Defendants assert that as a result of the conduct, acts or omissions of the Plaintiff, the

**MALTZMAN & PARTNERS**
jeffreym@maltzmanpartners.com
edn@maltzmanpartners.com
679 Encinitas Blvd. Ste. 201
Encinitas, CA 92024
(760)942-9880

Plaintiff is estopped from claiming the damages alleged in the Complaint.

### SEVENTH AFFIRMATIVE DEFENSE

Defendants assert that any injuries or damages suffered by Plaintiff, if any, were solely caused by the actions and/or omissions of third parties for whom the Defendants have no responsibility or liability

### EIGHTH AFFIRMATIVE DEFENSE

Defendants assert that Plaintiff's Complaint fails to state a claim upon which relief may be granted.

### NINTH AFFIRMATIVE DEFENSE

Defendants assert that the Plaintiff misstated facts and/or failed to disclose facts to the shipboard physicians, and that such misstatement and/or failure exacerbated and/or caused any such injuries to the extent that any award of damages to Plaintiff must be proportionately reduced accordingly.

### TENTH AFFIRMATIVE DEFENSE

Defendants assert that it has no legal responsibility for the damages or injuries alleged by Plaintiff in the Complaint, if any; however, in the event that the Defendants are held liable, any liability being specifically denied by the Defendants, said liability will be due in whole or in part to the breach of warranty, acts, omissions, activities, failures, recklessness or negligence of others. Accordingly, any recovery by the Plaintiff against the Defendants should be reduced in proportion to the respective negligence, fault, or responsibility of all other parties, persons, or entities, including their agents, servants, representatives, or employees who contributed to or caused any injury or damages to Plaintiff, if any, in accordance with the law governing comparative fault.

### ELEVENTH AFFIRMATIVE DEFENSE

Defendants assert that its liability, if any, must be reduced by the comparative amount of liability and/or fault attributable to the Plaintiff for the reasons set forth in the preceding and subsequent affirmative defenses and by reason of the decisions made by Plaintiff.

ANSWER TO AMENDED COMPLAINT　　　　Page **5** of **7**　　　　**MALTZMAN & PARTNERS**
2:17-cv-01330-JCC
jeffreym@maltzmanpartners.com
edn@maltzmanpartners.com
679 Encinitas Blvd. Ste. 201
Encinitas, CA 92024
(760)942-9880

**TWELFTH AFFIRMATIVE DEFENSE**

Defendants assert that, to the extent applicable, any award of damages to Plaintiff, if any, should be reduced by any collateral source payments paid to and/or received by Plaintiff.

**THIRTEENTH AFFIRMATIVE DEFENSE**

Defendants assert that this action is governed by, and subject to, the terms, limitations, and conditions contained within the contract for passage and the Defendants adopt and incorporates same in its entirety into its answer by reference.

**FOURTEENTH AFFIRMATIVE DEFENSE**

Defendant asserts that it lacked notice of any dangerous condition and played no active role in the design or construction of the component which Plaintiff blames for the subject accident and that the vessel was instead designed and built by the Fincantieri shipyard in Italy.

**FIFTEENTH AFFIRMATIVE DEFENSE**

Defendants assert that the alleged dangerous condition, if any, was apparent, open and obvious to Plaintiff, and should have been observed by Plaintiff in the ordinary use of his senses.

**SIXTEENTH AFFIRMATIVE DEFENSE**

Defendants assert that Plaintiff had actual knowledge and/or notice of any alleged dangerous condition, if any, and realized and appreciated the potential for injury as a result of such alleged condition; and, having a reasonable opportunity to avoid it, consciously and voluntarily exposed herself to same.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

Defendants asserts that the Defendants did not have notice of the allegedly dangerous condition, if any, and therefore did not have a duty to warn Plaintiff as to the existence of same.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

Defendants assert that Plaintiff willingly, voluntarily, and knowingly assumed each and all risks and hazards involved in the activities alleged in the complaint.

**MALTZMAN & PARTNERS**
jeffreym@maltzmanpartners.com
edn@maltzmanpartners.com
679 Encinitas Blvd. Ste. 201
Encinitas, CA 92024
(760)942-9880

## NINETEENTH AFFIRMATIVE DEFENSE

Defendants reserve its right to add additional affirmative defenses as discovery develops.

WHEREFORE, defendants pray judgment as follows:

1. That plaintiff take nothing by way of her complaint;
2. That the Court enter judgment for defendants;
3. For costs incurred in defense of this action; and
4. For such other and further relief as the Court may deem proper.

DATED: November 13, 2017      MALTZMAN & PARTNERS

BY: *s/ Jeffrey B. Maltzman*
Jeffrey B. Maltzman, WSBA #52051 & CSBA #131758
MALTZMAN & PARTNERS, P.A.
Physical Address:    506 Second Avenue, Suite 1400
                     Seattle, WA 98104
**Mailing Address:   679 Encinitas Boulevard, Suite 201
                     Encinitas, CA 92024**
Telephone: (760) 942-9880
Facsimile: (760) 942-9882
jeffreym@maltzmanpartners.com
Attorneys for Defendants,
HOLLAND AMERICA LINE, INC., HOLLAND AMERICA LINE N.V., and HAL ANTILLEN N.V.

ANSWER TO AMENDED COMPLAINT      Page **7** of **7**      **MALTZMAN & PARTNERS**
2:17-cv-01330-JCC                                         jeffreym@maltzmanpartners.com
                                                          edn@maltzmanpartners.com
                                                          679 Encinitas Blvd. Ste. 201
                                                          Encinitas, CA 92024
                                                          (760)942-9880